FILED
2017 Jan-27 AM 11:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAYDA CHAMPION HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No: 1:15-CV-02151-KOB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BRANCH BANKING AND TRUST COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Branch Banking and Trust Company ("Defendant" or "BB&T") submits this evidentiary submission in support of its Motion for Summary Judgment. Defendant BB&T relies upon the following evidence[1]

Exhibit 1. Plaintiff's deposition, with exhibits;

Exhibit 2. Pearlie Dunson's deposition, with exhibits;

Exhibit 3. Belinda Norman's deposition, with exhibits;

Exhibit 4. Sharon Brooks' deposition, with exhibits;

Exhibit 5. Allie Norred's deposition, with exhibits;

Exhibit 6. Joe Rowe's deposition, with exhibits;

[1] Information such as home addresses, telephone numbers, Social Security numbers, and dates of birth have been redacted from the attached documents in accordance with the E-Government Act of 2002.

Exhibit 7. Angela Parker's deposition, with exhibits;

Exhibit 8. Melissa Craven's deposition, with exhibits;

Exhibit 9. Kim Robertson's deposition, with exhibits; and

Defendant's supporting brief, filed separately.

Respectfully submitted this 27th day of January, 2017.

*/s/J. Tobias Dykes*
J. Tobias Dykes, Esq. (ASB-0483-E66J)
CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
Attorney for Defendant
2 Chase Corporate Drive, Suite 120
Birmingham, Alabama 35244
(205) 226-5469
tdykes@constangy.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record for Plaintiff:

Kenneth D. Haynes, Esq.
Gina E. Pearson, Esq.
HAYNES & HAYNES, P.C.
Attorneys for Plaintiff
1600 Woodmere Drive
Birmingham, Alabama 35226

This 27th day of January, 2017.

*/s/J. Tobias Dykes*
J. Tobias Dykes, Esq.